UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA

Plaintiff(s)

SUBI MEHMETI

901 73 street    # Apt D 205

Brooklyn NY. 11228

V.

Case: 1:19–cv–01023
Assigned To : Moss, Randolph D.
Assign. Date : 4/12/2019
Description: Pro Se Gen. Civ. (F–DECK)

Defendant  (s)

Company; Jofaz Transportation Inc.

1 Coffey Street

Brooklyn, NY 11231

April 11,2019

## COMPLAINT

I declare, certify,   under penalty of perjury,

in accordance with the law; 28 U.S. Code § 1746

I'm  ASKING FOR A TRIAL BY JURY.

1

RECEIVED

APR 1 2 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

COMPLAINT

## INTRODUCTION

. My name: Subi Mehmeti

. The date of birth, August 10, 1953

. US citizen.

. The resident at the address: 901 73 Street Apt # D.205 Brooklyn NY 11228

. Copy the passport front page, (Page .1)

. Copy driver's license front and the back side, (Page. 1)

Exhibit   "A"          Copy    Page.2

- This is a Civil Case, It is due to discrimination and retaliation by the employer, Company Jofaz Transportation, Inc.

- I have been in a very aggravated state of health.

- "Serious health condition"  (incapacitation), that makes the employee unable to perform the functions of the employee's job.

1).  October 3, 2012.     Date of health paralysis.

2).  October 3, 2012  Date of Discrimination and Retaliation the from  Employer.

3).  October 3, 2012, the termination of employment by the employer, in the time 12: 30, pm. (after getting accurate information on my health condition, "serious health condition".

4). From October 3, 2012, after completion of the work in the morning, (half a day) until October 25, 2012., I am diagnosed with cancer in the head without interruption.

5). I'm diagnosed In Maimonides Medical Center Hospital. Address Hospital: 4802 Tenth Av.

1

Brooklyn NY 11219      phone;  (718) 283-6000.

6). The disease, diagnostic and surgery, "cancer in the head", surgery October 25, 2012. Maimonides Medical Center Hospital. Address Hospital: 4802 Tenth Av. Brooklyn NY 11219      phone;  (718) 283-6000

7). Everything, all actions, every fact, all the evidence, all records by the hospital they are by "legal doctors".

8). All supported according to  Federal Laws; Family and Medical Leave Act.

(FMLA) 29 U.S.C. 2601  - Congress ; 1993 (Pub.L. 103--3; 29 U.S.C. sec. 2601; 29 CFR 825)

9). Eastern District Court Of New York, had correct information and full jurisdiction over these Federal Laws.

10). None of these Federal Laws, with records and facts, are have been judged in any court proceedings (from November 28, 2012, to January 23, 2019).

With below in continuity, I'm giving my statements that I have requested for judgment, the whole of these are supported by federal law but unfortunately, (I do not know why ) I was denied from the constitutional legal right to trial according to Federal Laws, ( as a US citizen, from a legal, constitutional right).

## STATEMENT OF THE CASE

-I-

Based on Federal Laws; 1993 (FMLA  Act); 29 U.S.§ 2601

1993 (FMLA  Act) 29 CFR 825.110 - Eligible employee. (a)  (1) (2) (3)

a). I started working at Company Jofaz Transportation Inc. in September 2010, without interruption until October 3, 2012. Licensed CDL class B driving license for school bus and passenger.

b). For the occasion, it is worth pointing out I've worked in this company, (with an exemplary discipline throughout the working period)

c). The last end date for the job, October 3, 2012, time  8:13 am arrival time and

completion of the work in the morning for two schools in Manhattan.

d).  October 3, 2012, I have half-day work,  The reason paralysis health (incapacitation), a health paralysis that makes the employee unable to perform the functions of the employee's job.

**Exhibit    "B"**       **Copy**   Page.2

e).    In the last year of work from January 2012 to October 3, 2012. I worked over 1400 working hours, including working overtime. Amount salary is $31.427,47.

Evidence with facts, according to check NO.14095056, check dated October 5, 2012, not including summer vacation of two months July, August 2012.

The document from the original October  5, 2012.

**Exhibit    "C"**       **Copy**  Page.1.

-II-

According to Federal Laws:  Family and Medical Leave Act of 1993    29 U.S.§ 2601

The   Company Jofaz Transportation Inc. is included in  "FMLA" 1993.

 According to law;29 CFR § 825.102  (1) (2) (3)  "employer"

i).  Within 75 miles The Company  "Jofaz Transportation Inc.", there are three addresses to exercise the activity.

Address Nr 1:          1 Coffey St, Brooklyn, NY 11231         Phone: (718) 852-0286

Address Nr 2:          2031 Eastern Pkwy, Brooklyn, NY 11207   Phone: (718) 445-4207

Address Nr 3:          6093 Strickland Ave, Brooklyn, NY 11234  Phone: (718) 444-9510

ii).  The Company  "Jofaz Transportation Inc." has over 500 (900)employees. (This, according to newspaper by James Harney Brooklyn Daily Eagle, October  27, 2016).

**Exhibit    "D"**       **Copy**  Page.  1

3

-III-

According to Federal Laws, the Family and Medical Leave Act of 1993.

In the law it is defined; 29 CFR 825.302 (c) - Employee notice requirements for foreseeable FMLA leave.

(c)The content of the notice. An employee shall provide at least verbal notice sufficient to make the employer aware that the employee needs FMLA-qualifying leave and the anticipated timing and duration of the leave. Depending on the situation, such information may include that a condition renders the employee unable to perform the functions of the job, __,

Based on these laws, with dated October 3, 2012, I, have exactly informed the manager's the Company Jofaz Transportation, Inc.for my health, as below:

a).  October 3, 2012, At 5:30, am, I have notified the manager in the morning for my health condition. (also for using the 3.2-mile bus this  for time reason,   to go to the doctor of the family, by the company as always this was an order verbal and not written).

b).  On October 3, 2012, around the clock, 11. am. I had a severe health condition (inability), a health paralysis, "Serious Health Condition".

 c).  According to law 29 CFR 825.302 (c), About 11:30 am, by phone, I have notified the Company Jofaz Transportation, Inc.

d).  Through the phone I communicate with the Company, supervisor name: Leonard D'Amico, I explain it to him that I have a health paralysis, I am unable to work.

e). I ask for help, the supervisor named Leonard D'Amico, to help me,   and support me for a health deteriorating situation.

f).  I ask him for help and support under the laws, this was without interruption the job, (but in the hour of rest after finishing work in the morning).

 Was a request, a complaint based on federal law (FMLA  Act) 1993; 29 CFR 825.306

§ 825.306 Content of medical certification for leave taken because of an employee's own serious health condition or the serious health condition of a family member.

i).  At 11:35 am, I informed by phone the Union, Local Union 854, IBT with Tel nr. 516-377-9854,  and the union also responded in writing order(read below).

4

October 10, 2012, for Local Union 854.

Name: Michael Gatto

With this letter notifies the company, Jofaz Transportation Inc, President Mr. Joseph Fazza as follows.

Dear Mr. Fazza

Please be advised local 854 is filing a grievance on behalf of member Subi Mehmeti for his termination of employment from Jofaz Transportation Inc. The remedy we seek is for Mr. Mehmeti to be placed back to work with his seniority and full back pay. Please contact me at the above reference number at your earliest convenience to discuss this matter.

**Exhibit    "F"**        Page.1

j).  October 3, 2012 (even though I had informed the supervisor, Leonard D'Amico by phone), time 12:00 pm. until 12:30 pm, I went to the company offices Jofaz Transportation Inc.

(i).   I met face to face with the supervisor of the company, the name; Leonard D'amico. We had a conflict that lasted for about 30 minutes.

(ii). I told him for my health disability, for a health paralysis, that had involved me.

(iii).   I asked protection, support and for medical help according to the Federal Law, for a "Serious Health Condition".

k).  Supervisor, Leonard D'Amico had the legal obligation to the employee,(for me ) I was presented with health paralysis

In Federal Laws is clearly define; "1993 (FMLA  Act).        29 CFR 825.112 (a) (4)

(a)Circumstances qualifying for leave. Employers covered by FMLA are required to grant leave to eligible employees:

(4) Because of a serious health condition that makes the employee unable to perform the functions of the employee's job (see §§ 825.113 and 825.123)

l).   The supervisor, Leonard D'Amico, in these 30 minutes, he violated all human norms, he violated all federal legal obligations, giving me the termination of employment.


Federal Laws clearly define;" FMLA" 1993;  29 CFR 825.220 - (1)(2)(3) (i) (ii) (iii) (b) (c)(d)(e).

(a) The FMLA prohibits interference with an employee's rights under the law, and with legal

5

proceedings or inquiries relating to an employee's rights. More specifically, the law contains the following employee protections:

(1) An employer is prohibited from interfering with, restraining, or denying the exercise of (or attempts to exercise) any rights provided by the Act.

(c) The Act's prohibition against interference prohibits an employer from discriminating or retaliating against an employee or prospective employee for having exercised or attempted to exercise FMLA rights...

## -IV-

a). Date of discrimination and retaliation by the Employer Oct. 3.2012. The facts prove it is intentional action.

b). Confirmed with evidence and facts, records from the hospital, all from legal doctors, as below.

By supporting all these under federal law; Family and Medical Leave Act of 1993; 29 U.S.C. § 2601; 1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

c). 3 October 2012 the day of medical paralysis, I went to see the family doctor twice. My doctor's name: NONA ROZE, but Dr. Ranjan Dahal who visits me for the illness in the presence of Dr.NONA ROZE, According to them the diagnosis was an infection on the left side of the respiratory tract in the head and gave me prescriptions with medicaments for the treatment.

The original records, family the doctor's office "legal doctor "  PHONE: 718-283-5700

**Exhibit    "G"**        **Copy**  Page.1

d). 14 hours after leaving the family doctor, with the deterioration of my health, I ended in the emergency room at Hospital Maimonides Medical Center around 5:30 am to 19:30 pm. I stayed in an emergency room for 14 hours.

I confirm with proof, based on federal laws "FMLA"1993;  29 U.S.C. § 2601

Source;29 USC § 2611(11); In federal laws is clearly defined; "serious health condition"

e). From October 3, 2012. until October 25,2012., I was diagnosed with cancer in the head

6

without interruption, In Hospital Maimonides Medical Center, everything under the doctors' care.

f). In hospital records, is specified Doctor, who checked the health condition, date, time, diagnosis, instructions, surgery, all according to the rules and laws federal.   "legal doctor " Hospital Maimonides Medical Center. Address Hospital: 4802 Tenth Av. Brooklyn NY 11219 phone;  (718) 283-6000.

Exhibit     "I"        Copy   Page. 109

g). The doctors of the diagnosis, the "legal doctor ", Radiological Center Report, Hospital, define tumor (cancer) on the left side of the respiratory tract in the head, with a 4 mm., in a developing process,

The original record, Maimonides Medical Center Hospital "legal doctor "

Exhibit     "J"        Copy   Page.2

h). Based according to Federal Laws;  Doctors, medical and legal examinations, at the Hospital Maimonides Medical Center, give the legal order, to interrupt any kind of activity because of the disability, of a medical paralysis,  it interruption is without restriction until the complete healing.

Orders Dr. Suzanne Bialek

MDRES  The original record, Maimonides Medical Center Hospital "legal doctor "

phone;  (718) 283-6000

Exhibit     "K"        Copy   Page.2

My health condition is confirmed, with facts and evidence, according to federal laws "FMLA" 1993 29 U.S. § 2601; 29 USC § 2611 (11); 29 CFR 825.115...

i).   Surgery, cancer in the head on October 25, 2012;

Surgery doctor's Name; Vengerovich Gennadiy,  Surgery in Hospital Maimonides Medical Center. Address Hospital: 4802 Tenth Av. Brooklyn NY 11219   phone;  (718) 283-6000

7

Exhibit    "L"        Copy    Page.3

j). After surgery, doctors instruct after a week  I should start working.

The original record, Maimonides Medical Center Hospital "legal doctor " phone;  (718) 283-8618

Exhibit    "M"        Copy    Page.1

-V-

Based on federal laws ;  "FMLA"1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

29 CFR § 825.100 (a)(d).

a). Because my health condition was very serious, the illness at that time could have taken my life.

b). I was praying company where I was working for help, to help me, as moral help and economic aid, for support in these critical moments with life.

c). I was battling deadly diseases, their response was hate to me, revenge,  discriminatory actions as a worker.

In accordance based on federal laws; 29 CFR 825.306  (3).

a).

On October 5, 2012,( 2 days later Discrimination by the company ) I went to the offices of the company Jofaz Transportation Inc. I met with Supervisor," Leonard D'Amico"

i). I give him all the information about the Hospital Maimonides Medical Center.

ii). I give it to him and the legal order of Dr. Suzanne Bialek, for interruption any kind of activity because of the disability of the medical paralysis.

iii).   He answers with a threatening voice, with a hatred, threatening orders, to leave the company's office urgently. this it was very fatal for me, for those days in the critical health condition of my life

b).

On October 9, 2012, I sent a letter to the company  Jofaz Transportation Inc. for the supervisor,

8

name "Leonard D'Amico", with all the information and the hospital's recommendations.

Copying from the original Certified Mail Receipt; No: 70121010000249859795.

**Exhibit    "N"**          **Copy**   Page.1

c).

October 16, 2012, I sent a letter to the president of Jofaz Transportation Inc.

President Mr. Joseph Fazza. I sent all the information, the recommendations of the Maimonides Medical Center Hospital.

Copying from the original Certified Mail Receipt Nr. 7012 1010000249861712.

**Exhibit    "O"**          **Copy**   Page.1

### It's a pity, is unreliable.

But unfortunately, the company does not respond, at least a formal human response, but brought hatred and revenge, and discrimination.

violently violates all Federal Legal Rights  guaranteed  with laws

 "FMLA "  1993 (FMLA  Act) 29 U.S.C. §§ 2601,

29 CFR 825.220 -(a)  (1)(2)(3) (i) (ii) (iii) (b) (c)(d)(e)

29 CFR § 825.220 Protection for employees who request leave or otherwise assert FMLA rights

-VI-

Intentional violation, without mercy and with the intent of all federal laws from the Company Jofaz Transportation Inc.

 "FMLA"1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

With tragic consequences for me in continuity as below.

a).

From November 2012 to September 2013, I asked to start working as a bus driver, I applied in

9

some bus companies, none of these companies hired me.

b).

The companies did not believe me, how can it be possible when the worker is facing a disease with physical death with diagnosis cancer in the head, the employer ceases the worker forever from work. This was unbelievable, for all bus companies when I applied.

c).

Consequences discrimination and retaliation by the employer.These were the scandalous actions, and discrediting actions of my dignity and image to work and as a worker, with actionable consequences for all my life and especially for the age I had at that time 58 old.

d).

From this tragedy, I passed the total destruction of the economy, from 3 October 2012 until today Apr  2019, I lost all my income, weekly, monthly, yearly. "Total economic destruction";

e).

The loss of income, the reasons for losing the job and the psychological suffering because of the economy, long-term unemployment, brought inevitable, anxiety, stress

f).

This with tragic consequences, total health damage, with depressive consequences

g).

From October 10, 2013, ongoing without interruption I'm under the medical care of a doctor, Name; Nabil Rizk, M.D. Board  Certified Psychiatrist with depression. A disease that is not inherited historically from my family (these are the consequences of discrimination and retaliation from the Employer)

Doctor, Name;  Nabil Rizk, M.D. Psychiatrist.

Address; 7510 4th Avenue # 4

Brooklyn NY 11209

phone: (347)  578-7569

Exhibit    "P"          Copy   Page.74

10

h).

My birthday is on August 10, 1953, and I am over 65 years old. As a result, I lost my right to retirement.

To get retirement benefits, I need 40 credits of work and I have only  38 credits. According to the law, I lose the right to retire and many other benefits.

**Exhibit    "Q"        Copy    Page.2**

i).

Duration, which is over 6 years without work without making Income Tax Return, I lost over 24 credits benefits and I lost all the benefits of the Union.

This is a tragedy with fatal consequences in all directions.

Unfortunately, from March 2014 I continue to survive with Benefit Card New York State  (for every month)

Monthly Food $ 196.00; Rent per room, $ 215.00; and  money cash, $ 180.00 Benefit Card  ( ID NUMBER; RB88939V )

## -VII-

Facts, prove from 3 October 2012 to 25 October 2012  I have been a serious health condition, health paralyzes that makes the employee unable to perform the functions of the employee's job, all the facts are based on federal laws.

**On November 28, 2012, opens  Civil Case;**

**District Court, E.D. New York  Case;1:12-cv-05880    Judge: Israel Leo Glasser**

**Mehmeti v. Jofaz Transportation, Inc.**

Complaints about the case;

. Discrimination and retaliation by the employer, Company; Jofaz Transportation, Inc.

. Complaints based on federal laws;  (FMLA) 29 U.S.C. 2601  - Congress ; 1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

. The court had full jurisdiction over these federal laws

. I emphasize that I have not participated in any court proceedings, except for my deposition and my family ( Procedures developed 28 November 2012 to May 26, 2015 ), all have been developed by the lawyer.

### In MEMORANDUM AND ORDER  May 26, 2015. Case;1:12-cv-05880

a). Unfortunately, The court denies me the constitutional legal right, a trial according to the complaint;   to discrimination and retaliation by the employer, Company; Jofaz Transportation, Inc. "serious health condition"  (incapacitation), that makes the employee unable to perform the functions of the employee's job.  The disease, diagnostic and surgery, "cancer in the head".

b).  The complaint was supported, in federal laws.

"FMLA"1993; Congress; 1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825) a legal, constitutional right

c).  The Court had full Jurisdiction over these federal laws.

 d)  The court does not include in judgment, factual facts, the original records,  "legal doctor " Hospital records page109 ", for a serious"health condition"  (incapacitation)."Everything under federal laws"  based. (FMLA) 29 U.S.C. 2601  29 USC § 2611(11); - Congress ; 1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

c). The court made, an analysis of my activity and the work discipline on 3 October 2012, even these, with many mistakes

i). My complaint does not include work discipline, my complaint to the court was discrimination and retaliation by the employer, that makes the employee unable to perform the functions of the employee's job.

ii).  The discipline of work, or any accident, is not included in these federal laws(FMLA) 29 U.S.C. 2601  29 USC § 2611(11); - Congress ; 1993 (Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

MEMORANDUM AND ORDER  May 26, 2015. Case;1:12-cv-05880  Judge: Israel Leo Glasser

Exhibit     "R"          Copy    Page.5

\#

## United States Court of Appeals, Second Circuit.

Mehmeti v. Jofaz Transportation, Inc.

No. 15-2609-cv

Order on May 23, 2016

**Exhibit    "S"**        **Copy**    Page.3

-VIII-

## July 2016 I made the request

## U.S.EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

EEOC CASE NO:16G-2016-03298

Dismissal And Notice Of Rights December 15, 2016

EEOC Representative Hollywood M.Woodward state & local Program Manager.

The EEOC IS CLOSING   ITS  FILE ON THIS CHARGE FOR THE FOLLOWING REASON.

( x ) The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this change.

NOTICE OF THE SUIT RIGHTS.

(see the additional information attached to this form.)

Title VII, the American with disabilities act, the generic information nondiscrimination Act, OR the age.

You may file a lawsuit against the Respondent under federal law based on this change in federal or state court.

**Exhibit    "T"**        **Copy**    Page.1

-IX-

According to the instruction  U.S.EQUAL EMPLOYMENT OPPORTUNITY COMMISSION EEOC CASE

NO:16G-2016-03298

Dismissal And Notice Of Rights December 15, 2016

**I open the case, December 20, 2016,**

District Court, E.D. New York

CASE NO.16-CV-7085 (WFK)(LB)        Judge WILLAM F. KUNTZ, II

 Mehmeti v. Jofaz Transportation, Inc.

To proceed in forma pauperis for the limited purpose of that Order,

Order E.D.N.Y. Mar. 7, 2017

**forma pauperis status is DENIED**

**Exhibit      "U"**        **Copy**    Page.4

#

**United States Court of Appeals, Second Circuit.**

 Mehmeti v. Jofaz Transportation, Inc.

CASE No. 17-721.    Order Juli 19,2017    **Motion is Denied**

**Exhibit      "V"**        **Copy**    Page.1

-XI-

**I open the case, January 16, 2018**

District Court, E.D. New York

CASE NO.18-cv-326 (WFK)(LB)   Judge William F. Kuntz, II

14

MEMORANDUM and ORDER: February 09, 2018     <u>in forma pauperis status is denied</u>

**Exhibit     "W"**     Copy    Page.3

\#

<u>**United States Court of Appeals, Second Circuit.**</u>

 Mehmeti v. Jofaz Transportation, Inc.

CASE No. 18-477.  Order  May 24, 2018    **Motion is Denied**

**Exhibit     "X"**          Copy    Page.1

## -XII-

<u>Highlight:   In 2 Cases  CASE NO.16-CV-7085   CASE NO   1:18-cv-00326-WFK-LB, forma pauperis denied.</u>

<u>**I open CASE January 14, 2019     CASE No.1:19-cv-00263 (WFK)(LB)**</u>

District Court, E.D. New York

Judge William F.Kuntz, II

 Related cases:    1:12-cv-05880- ILG-JO

                1:16-cv-07085-WFK-LB

                1:18-cv-00326-WFK-LB

Mehmeti v. Jofaz Transportation, Inc.

MEMORANDUM and ORDER:  January 23, 2019    <u>status is denied</u>

**Exhibit"Z"**        Copy    Pag.4

## Conclusion

1). This issue is complete. Statements, proofs, facts and all records by the hospital, doctors with legal abilities; "All included under federal laws"

2).  Discrimination and Retaliation the from Employer for "serious health condition"

15

(incapacitation)  A condition that makes the employee unable to perform the functions of the job.

3).  Issues based on Federal Laws ; ("FMLA"), 29 U.S.C. §§ 2601; 29 U.S.§ 2611(11);(Pub.L. 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

4).  The company, Jofaz Transportation Inc. has violated all federal laws, premeditated legal violations, discriminatory with tragic consequences for me.

**"Total economic destruction"**

**consequences "Total health destruction"**

I have a lot of confidence in justice based on Federal Laws, with factual, Hospital Records according to federal laws, **these have not been judged in any court proceedings**

I'm looking for judgment according to federal laws,  laws in defense  Civil Rights and liberties guaranteed by the Constitution.

Without  difference,  "Equal Justice Under Law."

Respectfully submitted,

Subi Mehmeti

*Subi Mehmeti.*

16